# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| LEQUINTIN LINDSEY, individually and on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>FAMILY DOLLAR STORES OF TENNESSEE, LLC,<br><br>    Defendant. | No. 2:24-cv-02254-SHL-cgc |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's Complaint (ECF No. 1), filed April 22, 2024,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Notice of Voluntary Dismissal Without Prejudice (ECF No. 12), filed October 30, 2024, all claims by Plaintiff against Defendant in this matter are hereby **DISMISSED WITHOUT PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

October 30, 2024
Date